JOHN A. WOLFF, Respondent, v. UNITED DRUG CO., INC., Appellant.—

Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Smith, J., dissented and voted for reversal and dismissal of the complaint.